Dismissed and Memorandum Opinion filed April 14, 2005









Dismissed and Memorandum Opinion filed April 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00248-CV

____________

 

RENEE K. PENICK, ET AL.,
Appellants

 

V.

 

HUNTER=S GLEN MUNICIPAL DISTRICT, ET AL., Appellees

 



 

On Appeal from the
133rd District Court

Harris County, Texas

Trial Court Cause No.  03-66778

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 15, 2005.

On April 8, 2005, appellants filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed April 14, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.